UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY W. BARTON, JR., | No. C 06-3646 SI (pr) |
| Petitioner, | **ORDER DENYING PAUPER APPLICATION** |
| v. | |
| R. AYERS, warden, | |
| Respondent. | |

Petitioner's motion to proceed in forma pauperis on appeal is DENIED for failure to provide the information and materials required by Federal Rule of Appellate Procedure 24(a)(1)(C). (Docket # 14.) This denial is without prejudice to him filing a request in the Ninth Circuit Court of Appeals to proceed in forma pauperis on appeal. See Fed. R. App. P. 24(a)(5).

IT IS SO ORDERED.

DATED: September 21, 2007

SUSAN ILLSTON
United States District Judge